AO 83 (Rev. 01/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Lloyd Mallory | ) | Case No. 1:09CR228 |
| | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of Court

| Place: | U.S. District Court 401 Courthouse Square Alexandria, Virginia 22314 | Courtroom No.: | Ellis 9th Floor |
|---|---|---|---|
| | | Date and Time: | May 29, 2009 9:00 a.m. |

This offense is briefly described as follows:

Count 1: 18 U.S.C. Section 1349 Conspiracy to Commit Wire and Bank Fraud

**COPY**

Date: 5/22/09

_____
*Issuing officer's signature*

Judith Lanham Deputy Clerk
*Printed name and title*

---

### Proof of Service

This summons was received by me on *(date)* _____ .

☐ I personally served the summons on this defendant _____ at *(place)* _____ on *(date)* _____ ; or

☐ On *(date)* _____ , I left the summons at the defendant's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, and mailed a copy to the defendant's last known address; or

☐ The summons was returned unexecuted because _____ .

I declare under penalty of perjury that this information is true.

Date returned: _____

_____
*Server's signature*

_____
*Printed name and title*

Remarks: