

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| v.  ) | Case No. 1:09cr228 |
| ) | |
| LLOYD MALLORY ) | |

## ORDER

This matter came before the Court on Defendant Lloyd Mallory's motion to adopt the unopposed motion of Michael Milan to extend the deadline for filing pretrial motions. It appearing that the motion should be granted, it is hereby

ORDERED that the motion is granted and that the time within which Mr. Mallory must file motions is extended to June 29, 2009.

Alexandria, Virginia
June _17_, 2009

T.S. Ellis, III
United States District Judge

/s/
**T. S. Ellis, III**
**United States District Judge**