

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 1:09cr228 |
| ) | |
| MICHAEL MILAN and ) | |
| LLOYD MALLORY ) | |

## ORDER

The matter is before the Court on (i) defendant Mallory's motion (Docket No. 46) for leave to file additional motions out of time; and (ii) the government's motion (Docket No. 50), consented to by defendant Milan, to continue the motions hearing currently scheduled for 9:00 a.m., Friday, July 10, 2009, and for additional time to respond to defendant Milan's motions (Docket Nos. 38, 41, 43, and 47) currently scheduled for the July 10 hearing.

For good cause,

It is hereby **ORDERED** that the government's motion (Docket No. 50) is **GRANTED**; accordingly, the government is **DIRECTED** to file, by 5:00 p.m., Friday, July 17, 2009, its responses to defendant Milan's pending motions (Docket Nos. 38, 41, 43, and 47), and the motions hearing currently scheduled for 9:00 a.m., Friday, July 10, 2009, is **RESCHEDULED** with respect to both defendants for 9:00 a.m., Friday, August 14, 2009.

It is further **ORDERED** that defendant Mallory's motion (Docket No. 46) for leave to file additional motions out of time is **GRANTED**; accordingly, defendant Mallory and the government are to comply with the following schedule:

1.  defendant Mallory is **DIRECTED** to file any pretrial motions by 5:00 p.m., Friday,

-1-

July 17, 2009;

2. the government is **DIRECTED** to file any responses, if necessary, by 5:00 p.m., Monday, August 3, 2009; and

3. defendant Mallory is **DIRECTED** to file any replies, if necessary, by 5:00 p.m., Friday, August 7, 2009.

Thereafter, any pending motions by defendant Mallory will be addressed at the August 14 motions hearing.

The Clerk is directed to send a copy of this Order to the Pretrial Services Office, the Bureau of Prisons, the Marshal's Service, and all counsel of record.

Alexandria, Virginia
July 2, 2009

T. S. Ellis, III
United States District Judge