IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION



THE UNITED STATES OF AMERICA )
)
) Criminal Action
vs. )
) No.: 1:09cr228-TSE
LLOYD MALLORY )
)

## WAIVER OF RIGHTS PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3161(c)(1)

I acknowledge that I have been advised by the Court of my statutory right to have my trial commence within SEVENTY (70) DAYS of the filing date of the charges against me or from the date of my first appearance before a judicial officer, whichever occured later, and after consultation with my attorney,

I hereby CONSENT to the commencement of my trial on a date which exceeds the statutory SEVENTY (70) DAY limit.

Date: 7-31-09

_____
Defendant

_____
Counsel for the Defendant