IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division



| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | No. 1:09cr228 |
| | ) | |
| MICHAEL MILAN | ) | |
| LLOYD MALLORY | ) | |
| CHRIS EVANS | ) | |
| Defendants. | ) | |

## ORDER

The matter came before the Court on defendant Michael Milan's motion to continue the trial date. Doc. 99. On October 16, 2009, the government filed a response indicating that it joined in defendant's request for a continuance. Counsel for defendants Lloyd Mallory and Chris Evans did not object to the motion at the October 23, 2009 hearing.

Accordingly, for the reasons stated from the bench, and for good cause,

It is hereby **ORDERED** that the jury trial in this matter currently scheduled for 10:00 a.m., December 1, 2009, is rescheduled for 10:00 a.m., Wednesday, February 24, 2010.

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, VA
October 23, 2009

T. S. Ellis, III
United States District Judge