IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. 1:09-cr-228 (TSE) |
| | ) | |
| LLOYD MALLORY, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION IN LIMINE TO PRECLUDE PROPOSED**
**EXPERT TESTIMONY, OR, IN THE ALTERNATIVE, FOR CONTINUANCE**

Defendant Lloyd Mallory, by counsel, moves this Court in limine to preclude the proposed testimony of Special Agent Michael Klepac, or, in the alternative, continue the trial for a period of time sufficient to permit Mr. Mallory to locate and consult with a potential rebuttal expert and determine whether he will introduce rebuttal expert testimony at trial. The grounds for this motion are stated in a memorandum in support filed concurrently with this motion.

LLOYD MALLORY
By Counsel

_____/s/_____
Steven T. Webster, Esq.
Virginia Bar No. 31975
Aaron S. Book, Esq.
Virginia Bar No. 43868
Brian C. Athey, Esq.
Virginia Bar No. 66515
Webster Book LLP
300 N. Washington St., Suite 404
Alexandria, Virginia  22314
Phone:  888-987-9991
Fax:  888-987-9991
abook@websterbook.com
Counsel for Defendant Lloyd Mallory

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of February 2010, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Stephen P. Learned, Esq.
Edmund P. Power, Esq.
Assistant United States Attorneys
United States Attorney's Office
2100 Jamieson Ave
Alexandria, VA 22314


       /s/
_____
Steven T. Webster, Esq.
Virginia Bar No. 31975
Aaron S. Book, Esq.
Virginia Bar No. 43868
Brian C. Athey, Esq.
Virginia Bar No.
Webster Book LLP
300 N. Washington St., Suite 404
Alexandria, Virginia  22314
Phone:  888-987-9991
Fax:  888-987-9991
abook@websterbook.com
Counsel for Defendant Lloyd Mallory