**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

F I L E D

FEB 1 9 2010

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:09cr228 |
| | ) | |
| LLOYD MALLORY, | ) | |
| Defendant. | ) | |

### ORDER

The matter came before the Court on defendant's motion *in limine* to preclude proposed expert testimony or, in the alternative, for a continuance.

As a matter of grace and in the circumstances, and for the reasons stated from the Bench,

It is hereby **ORDERED** that defendant's motion *in limine* is **DENIED**.

It is further **ORDERED** that defendant's motion for a continuance is **GRANTED**, and accordingly that the jury trial in this matter currently scheduled for 10:00 a.m., Wednesday, February 24, 2010, is **CONTINUED** to 10:00 a.m., Thursday, March 18, 2010.

The Clerk is directed to send a copy of this Order to counsel of record.

Alexandria, Virginia
February 19, 2010

T. S. Ellis, III
United States District Judge