IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 1:09cr228-TSE |
| | ) | |
| v. | ) | |
| | ) | |
| LLOYD MALLORY, | ) | |
| | ) | |
| Defendant. | ) | |

**EXHIBITS FOR POSITION OF THE**
**UNITED STATES WITH RESPECT TO SENTENCING FACTORS**

The government hereby submits exhibits A and B which were inadvertently omitted from its position with respect to sentencing and which show that the defendant's involvement in mortgage fraud was not confined to his dealings with Michael Milan.

Respectfully submitted,

Neil H. MacBride
United States Attorney


\s\
Edmund P. Power
Counsel to the United States
Assistant United States Attorney
Justin W. Williams U.S. Attorney's Office
2100 Jamieson Avenue
Alexandria, VA  22314
Tel. (703) 299-3700
Fax (703) 299-3981
Ed.power@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of June 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Steve Webster, Esq.
Webster Book LLP
Suite 404
300 N. Washington St.
Alexandria, VA 22314

                                       \s\
                                Edmund P. Power
                                Counsel to the United States
                                Assistant United States Attorney
                                Justin W. Williams U.S. Attorney's Office
                                2100 Jamieson Avenue
                                Alexandria, VA  22314
                                Tel. (703) 299-3700
                                Fax (703) 299-3981
                                Ed.power@usdoj.gov