| Message0009 | |
|---|---|
| **Subject:** | jagdeodraft.pdf; |
| **From:** | "Lloyd Mallory" <██████@██████> |
| **Date:** | Mon, 30 Jun 2008 11:23:05 -0400 |
| **To:** | <██████@██████> |

**Message Body**

Dr>

Here is the copy of the tax return that needs to be turned into the bank. As you can see, I have added estimated tax payments which we need to discuss for the real tax returns because I am not sure that you have paid them. Give me a call with any questions. I did change some numbers to show this kind of net income

Lloyd

**Attachment**

-----Attachment2-----
File name = "jagdeodraft.pdf"

**Main Message Header**

Reply-To: "Lloyd Mallory" <██████@██████>
From: "Lloyd Mallory" <██████@██████>
To: <██████@██████>
Subject: jagdeodraft.pdf;
Date: Mon, 30 Jun 2008 11:23:05 -0400
Organization: MFinancialServicesInc
MIME-Version: 1.0
Content-Type: multipart/mixed;
 boundary="----=_NextPart_000_0003_01C8DAA3.AA7E7DC0"
X-Priority: 3
X-MSMail-Priority: Normal
X-Mailer: Microsoft Outlook Express 6.00.2900.3138
X-MimeOLE: Produced By Microsoft MimeOLE V6.00.2900.3198

**Sub Header**

Content-Type: multipart/alternative;
 boundary="----=_NextPart_001_0004_01C8DAA3.AA7E7DC0"

**Sub Header**

Content-Type: text/plain;
 charset="iso-8859-1"
Content-Transfer-Encoding: quoted-printable

**Sub Header**

Content-Type: text/html;
 charset="iso-8859-1"
Content-Transfer-Encoding: quoted-printable

**Sub Header**

Content-Type: application/pdf;


GOVERNMENT EXHIBIT