| Message0018 | |
|---|---|
| Subject: | C:\Sharpdesk Desktop\heathdentloan.pdf; |
| From: | "Lloyd Mallory" <lloydm@mfinancial.org> |
| Date: | Thu, 26 Jun 2008 13:20:58 -0400 |
| To: | ███████████ |

**Message Body**

Bill:

Here is the 1003 for the BIG LOAN.

Heath will order the appraisal. The woman has $200,000 in medical equipment that is not listed on the 1003---you can use that if you want to. I know that you will tweak this thing to make it work. We need to stay away from having to provide tax returns. The seller wants an approval letter from you or as a result of DU

Get back to me

Lloyd

**Attachment**

-----Attachment2-----
File name = "heathdentloan.pdf"

**Main Message Header**

Reply-To: "Lloyd Mallory" <███████████>
From: "Lloyd Mallory" <███████████>
To: ███████████
Subject: C:\Sharpdesk Desktop\heathdentloan.pdf;
Date: Thu, 26 Jun 2008 13:20:58 -0400
Organization: MFinancialServicesInc
MIME-Version: 1.0
Content-Type: multipart/mixed;
 boundary="----=_NextPart_000_0003_01C8D78F.78D7E890"
X-Priority: 3
X-MSMail-Priority: Normal
X-Mailer: Microsoft Outlook Express 6.00.2900.3138
X-MimeOLE: Produced By Microsoft MimeOLE V6.00.2900.3198

**Sub Header**

Content-Type: multipart/alternative;
 boundary="----=_NextPart_001_0004_01C8D78F.78D7E890"

**Sub Header**

Content-Type: text/plain;
 charset="iso-8859-1"
Content-Transfer-Encoding: quoted-printable

**Sub Header**

Content-Type: text/html;
 charset="iso-8859-1"

