FILED
IN OPEN COURT

JUN 11 2010

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CRIMINAL NO. 1:09cr228-002 |
| | ) | |
| LLOYD MALLORY, | ) | |
| | ) | |
| Defendant. | ) | |

## RESTITUTION JUDGMENT

1. The defendant is sentenced to pay, as restitution, $2,797,855.00, jointly and severally, with any co-defendants who are ordered to pay restitution for the same losses.[1] *The total amount of restitution must be reduced by any amounts recovered by the victims after the date of this order.*

2. The defendant's liability is joint and several with his co-defendant Michael Milan as to (i) Home Loan Services (servicer for First Franklin Financial) and (ii) PNC Bank (formerly National City Bank) in the amounts as stated in Attachment A to this Restitution Judgment.

3. The amount of restitution paid to any victim, collectively, shall not exceed the victim's total loss from the offense of conviction.

4. The victims' names and addresses, and each victim's total loss, is listed in Attachment A to this Restitution Judgment.

5. Interest:

    √ is waived.

    ___ accrues as provided in 18 U.S.C. § 3612(f).

6. Restitution is due immediately, and notwithstanding any other provision of this Restitution Judgment, the Government may enforce restitution at any time. The defendant shall make a bona fide effort to pay restitution in full as soon as practical.

---

[1] The presently known co-defendants are Michael Milan, Docket No. 1:09cr00228-001, who was sentenced on March 12, 2010, and ordered to pay $3,141,409.00 in restitution; and Chris Evans, Docket No. 1:09cr00228-003, who was sentenced on March 12, 2010, and ordered to pay $644,385.00 in restitution.

7. If incarcerated, the defendant shall participate in the Bureau of Prisons' Inmate Financial Responsibility Program at a rate of at least $25 per quarter, or if assigned as a UNICOR grade 1 through 4 employee, at least 50% of the prisoner's monthly pay.

8. The defendant shall pay to the Clerk at least $ _250_ per month beginning _60 days_ .

9. All payments shall be made to the Clerk of Court, United States District Court, 401 Courthouse Square, Alexandria, VA 22314.

10. The defendant shall notify, within 30 days, the Clerk of Court and the United States Attorney's Office, Financial Litigation Unit, 8000 World Trade Center, Norfolk, VA 23510 of: (a) Any change of name, residence, or mailing address; and (b) Any material change in economic circumstances that affects the ability to pay restitution.

11. No delinquent or default penalties will be imposed except upon Order of the Court.

12. Priority of Payments to Victims.

    As there are three victims, and full amount due as restitution has not been paid, the Clerk shall make payments in $100.00 increments to each of the victims until all victims have been paid in full. The victim owed the least shall receive the first payment, the victim owed the second least shall receive the second payment, and so on until all three victims have received a payment; the process shall be repeated until all three victims have been paid in full.

---

T.S. ELLIS, III
UNITED STATES DISTRICT JUDGE

ENTERED this _11th_ day of June, 2010.

at Alexandria, Virginia


WE ASK FOR THIS:

Neil H. MacBride
United States Attorney

_/s/_
Edmund P. Power

/s/
T. S. Ellis, III
United States District Judge

Counsel for the United States
Assistant United States Attorney
United States Attorney's Office
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, VA 22314-5794
703-299-3700
Fax: 703-299-3982
Email: Ed.Power@usdoj.gov

SEEN AND AGREED:

Lloyd Mallory
Defendant

---

Steven T. Webster
Aaron Samuel Book
Counsel for Defendant
300 N. Washington Street, Suite 404
Alexandria, VA 22314
888-987-9991
Fax: 888-987-9991
Email: swebster@websterbook.com
abook@websterbook.com

---

Lloyd Mallory
Defendant

# ATTACHMENT A TO RESTITUTION JUDGMENT

| | Lloyd Mallory | Michael Milan | Total Due to Victim: |
|---|---|---|---|
| Home Loan Services (servicer for First Franklin Financial) 150 Allegheny Center Pittsburgh, PA 15212 | $226,000.00 | $201,500.00 | $226,000.00 |
| SunTrust Bank Attn: Bob Tapscott Assistant Vice President, Security 14401 Sweitzer Lane Mail Code CS-CMD-8501 Lower Level Laurel, MD 20707 | $249,901.00 | $0.00 | $0.00 |
| PNC Bank (formerly National City Bank) Attn: Kimberly Gans Vice President / Credit Manager II 6750 Miller Road Locator 01-7185 Brecksville, OH 44141 | $2,321,954.00 (only $67,500.00 is owed jointly and severally with Michael Milan) | $1,496,909.00 | $2,321,954.00 |
| Lehman Brothers Lynette Spohn 10350 Park Meadows Drive Littleton, CO 80124 | $0.00 | $165,000.00 | $165,000.00 |
| IndyMac Federal Bank, FSB George Lopez 888 E. Walnut Street Pasadena, CA 91101 | $0.00 | $74,000.00 | $74,000.00 |
| Mortgage IT Mary Doherty, Legal Counsel 60 Wall Street, 36th Floor Mail Stop: NYC60-3605 New York, NY 10005 | $0.00 | $287,500.00 | $287,500.00 |
| JP Morgan Chase Linda Lewis 1 Chase Plaza New York, NY 10005 | $0.00 | $339,000.00 | $339,000.00 |
| Wells Fargo Bank Rosemary Canales, VP, CFE 4406 Piedra Drive West Attn: R. Canales - MAC #75600-013 San Antonio, TX 78228 | $0.00 | $577,500.00 | $577,500.00 |
| Total Due from Defendant: | $2,797,855.00 | $3,141,409.00 | |